UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Derek J. Baker, Esquire (DB8783)
REED SMITH, LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08543
Telephone: 609-987-0050
Fax: 609-951-0824

*Attorneys for Chex Systems, Inc.*

| | |
|---|---|
| In Re:<br><br>MICROBILT CORPORATION,<br><br>Debtor. | Case No.: 11-18143<br><br>Judge: Honorable Michael B. Kaplan<br><br>Chapter 11 |
| MICROBILT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS, INC., GUNSTER, YOAKLEY & STEWART, P.A. and DAVID M. WELLS,<br><br>Defendants. | Ad. Pro. No.: 12-01177 (MBK)<br><br>Civil Action No. 12-2902<br><br>**NOTICE OF JOINDER BY DEFENDANT CHEX SYSTEMS, INC. IN THE MOTION WITHDRAW THE REFERENCE AND TO TRANSFER VENUE FILED BY THE GUNSTER DEFENDANTS** |

**PLEASE TAKE NOTICE** that Defendant Chex Systems, Inc. ("Chex"), through its undersigned counsel, Reed Smith LLP, hereby joins in the Motion to Withdraw the Reference of the United States District Court For the District of New Jersey to the Bankruptcy Court and to Transfer Venue to United States District Court For the Middle District of Florida, and all supporting papers included therewith, served upon Plaintiff and all parties in this matter and filed with the Court on May 14, 2012 by Defendants Gunster, Yoakley & Stewart, P.A. and David M. Wells (the "Gunster Defendants"); and

**PLEASE TAKE FURTHER NOTICE** that, in support of this joinder, Chex incorporates by reference all supporting motion papers, memoranda of law, exhibits and argument presented to this Court by the Gunster Defendants; and

**PLEASE TAKE FURTHER NOTICE** that, in further support of this joinder, Chex will rely upon the supplemental letter brief submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that Chex hereby requests oral argument only if this joinder and/or the Gunster Defendants' Motion is opposed.

**REED SMITH LLP**

By: */s/ Gary J. Ruckelshaus*
    Gary J. Ruckelshaus, Esq.
    Derek J. Baker, Esq.
    Princeton Forrestal Village
    136 Main Street, Suite 250
    Princeton, New Jersey 08543
    Attorneys for Defendant Chex Systems, Inc.

Dated:  June 18, 2012